IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LINDA BINGHAM**                                                                           **PLAINTIFF**

**VS.**                                              **CIVIL ACTION NUMBER 3:17-CV-893-HSO-LRA**

**ASEMOTA REAL ESTATE, LLC AND**
**SAMMY ASEMOTA, INDIVIDUALLY**                              **DEFENDANTS**

## AGREED ORDER OF PARTIAL DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court on the *ore tenus* motion of Plaintiff to voluntarily dismiss all claims asserted by Plaintiff in this action for alleged failure to pay overtime and/or minimum wages under the Fair Labor Standards Act with prejudice, with the parties to each bear their own respective attorneys' fees and costs associated with such claims. The Court, having considered such motion, and being advised that the Defendant does not oppose Plaintiff's motion, finds that the motion is well-taken and should be granted.

IT IS, THEREFORE, ORDERED that all claims asserted by Plaintiff in this action for failure to pay overtime and/or minimum wages under the Fair Labor Standards Act shall be and are hereby dismissed with prejudice, with the parties to each bear their own respective attorneys' fees and costs associated with such claims.

SO ORDERED, this the 22nd day of March 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

AGREED TO:

/s/ Nick Norris
Counsel for Plaintiff

/s/ Brandon Dorsey
Counsel for Defendants