

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 11 2019
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| LINDA BINGHAM | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 3:17cv893-HSO-LRA |
| | § | |
| ASEMOTAS REAL ESTATE, LLC, and SAMMY ASEMOTA, Individually | § § § | DEFENDANTS |

## VERDICT FORM

### PART I:

**A.   FLSA claim**

**Question Number One:**

Has Plaintiff Linda Bingham proved by a preponderance of the evidence that she was an "employee" of Defendant Asemotas Real Estate, LLC during the relevant time period?

Yes  ____

No  ____

*If your Answer to Question Number One is "Yes," please proceed to Question Number Two. If your Answer to Question Number One is "No," please skip Question Numbers Two through Four proceed to Question Number Five.*

**Question Number Two:**

Has Plaintiff Linda Bingham proved by a preponderance of the evidence that Defendant Asemotas Real Estate, LLC, retaliated against her in violation of the Fair Labor Standards Act ("FLSA")?

Yes  \_\_\_\_

No  \_\_\_\_

*Please proceed to Question Number Three.*


**Question Number Three:**

Has Plaintiff Linda Bingham proved by a preponderance of the evidence that Defendant Sammy Asemota retaliated against her in violation of the Fair Labor Standards Act ("FLSA")?

Yes  \_\_\_\_

No  \_\_\_\_

*If your Answer to either Question Number Two or Question Number Three is "Yes," please proceed to Question Number Four. If your Answers to both Question Numbers Two and Three are "No," you should skip Question Number Four and proceed to Question Number Five.*

**Question Number Four:**

What sum of money do you find by a preponderance of the evidence, if paid now in cash, would fairly and reasonably compensate Plaintiff Linda Bingham for the damages, if any, you have found Defendant's or Defendants' wrongful conduct, if any, caused Plaintiff Linda Bingham?

Answer in dollars and cents for the following items, and no others:

Past wages from the date of discharge until today's date:

$_____

Emotional distress:

$_____

*Please proceed to Question Number Five.*


**B.    Breach of contract claim**

**Question Number Five**

Has Plaintiff Linda Bingham proved by a preponderance of the evidence her breach of contract claim against Defendant Asemotas Real Estate, LLC?

Yes  ____

No   X

*If your Answer to Question Number Five is "Yes," please proceed to Question Number Six. If your Answer to Question Number Five is "No," please skip Question Number Six and proceed Part II.*

**Question Number Six:**

What sum of money do you find by a preponderance of the evidence that Plaintiff Linda Bingham should be awarded on her breach of contract claim?

Answer in dollars and cents, if any:

$ ___0___

*Please proceed to Part II.*

## PART II:

## FINALIZATION OF THE VERDICT FORM

*Please date and sign below:*



4-11-19
Dated

Foreperson

Juror

Juror

Juror

Juror

Juror

Juror