IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | | |
|---|---|---|
| LINDA BINGHAM | § | PLAINTIFF |
| | § | |
| v. | § | Civil No. 3:17cv893-HSO-LRA |
| | § | |
| ASEMOTAS REAL ESTATE, LLC and | § | |
| SAMMY ASEMOTA, *Individually* | § | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the Agreed Order [30] of Partial Dismissal with Prejudice entered on March 22, 2019, the Order [41] Dismissing Plaintiff's Claims for Breach of Contract with Prejudice entered on April 12, 2019, and the Agreed Order of Dismissal entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, this civil action is **DISMISSED WITH PREJUDICE**, and each party will bear their own costs and attorneys' fees.

**SO ORDERED AND ADJUDGED**, this the 15th day of October, 2019.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE